# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

In the Matter of:                                    CIVIL  NO. 96-1738 HL

JOSE A. FERNANDEZ PAOLI,

    Petitioner.

| MOTION | ORDER |
|---|---|
| Docket entry no.  4 | ☑ GRANTED. |
| Date: 09-1-99 | ❏ DENIED. |
| Title: Motion Requesting Permission to file Document in Spanish | ❏ MOOT. |
| | ❏ NOTED. |

Date:   October 29, 1999

HECTOR M. LAFFITTE
Chief U.S. District Judge.



