## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

IN THE MATTER O:                        )
                                        )
JOSE A. FERNANDEZ PAOLI                 )
USDC-PR 111703                          )
                                        )
_____        )

### AMENDED ORDER

Upon consideration of the Report and Recommendation of the Committee on Admissions of November 17, 2000 regarding the reinstatement of José A. Fernández-Paoli to the Bar of this Court, the Court hereby approves and accepts the recommendations.

Petitioner's name shall be reinstated in the rolls of attorneys in the registry of this Court and is authorize to practice law before this Court as of June 6, 2001.

BY OTHER OF THE COURT.

In San Juan, Puerto Rico, this 8th day of February, 2001.

FRANCES RIOS DE MORAN, ESQ.
Clerk of Court